UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

Case NO. 25-CV-163

TERRELL VERNELL, PLAINTIFF

V.

TIMONTHY SMITH, DEFENDANT

---

MOTION TO WITHDRAW

APPEAL

---

I, Terrell Vernell, the plaintiff in the above captioned case hereby submit this motion to withdraw the appeal proceedings and request that the Court that this case be finalized based on my request to withdraw.

Thank you.

Dated This __8th.__ Day of __March__ 2026

Respectfully Submitted:

Mr. Terrell Vernell