Jemell Terren #357616
John C. Burke Correctional Center
900 S. Madison St.
Waupun, WI 53963-0900

MILWAUKEE WI 53

10 MAR 2026 PM 7 L

FOREVER / US

**SCANNED**

MAR 12 2026

United States Distr
Eastern District of wis
517 E Wisconsin Ave
Milwaukee, WI 532

53202-458299